UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
United States of America        :
                                :
                                :
    - against -                 :      CR 11-702 (FB)
                                :
John Scrofani                   :
                                :
-------------------------------------------------------x

## CONSENT TO HAVE A PLEA TAKEN BEFORE
## MAGISTRATE JUDGE VIKTOR V. POHORELSKY

    United States Magistrate Judge Viktor V. Pohorelsky has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge Viktor V. Pohorelsky. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

    After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Viktor V. Pohorelsky.

_____
Defendant

By: _____
Assistant United States Attorney

_____
Attorney for the Defendant

Dated: May 23 2012
Brooklyn, New York

Before: s/ MJ Pohorelsky
VIKTOR V. POHORELSKY
United States Magistrate Judge